# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILASH JASSAL,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, DESERT VIEW ANNEX, ET AL.,<br><br>                    Respondents. | Case No. 5:26-cv-02893-CV-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner's immediate release and preventing his re-detention unless the Government provides notice and a pre-deprivation hearing at which the Governments

demonstrates "clear and convincing" evidence of a material change in circumstances that Petitioner's re-detention is necessary to prevent risk of danger or flight;

(3) Respondents are to file a status report within seven days confirming their compliance with the Court's order; and

(4) dismissing this case with prejudice.

Dated: _____6/5/26_____   *Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2